1
2
3
4
5
6
7
8

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN ALLEN BRADEN,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | Case No. CV 20-3138 MWF MRW<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge.  Further, the Court engaged in a <u>de novo</u> review of those portions of the Report to which Petitioner objected.  The Court accepts the findings and recommendation of the Magistrate Judge.

1    IT IS ORDERED that Judgment be entered dismissing this action

2    without prejudice.

3

4

5    DATE:  September 17, 2020    _____

6                                MICHAEL W. FITZGERALD
                                 UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28